UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-cv-02061 (JRT/DJF)

United States of America, *ex rel.*
Animal Legal Defense Fund (Relator),

                Plaintiffs,

v.

Holden Farms, Inc.,

                Defendant.

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA**

PLEASE TAKE NOTICE that Kristen E. Rau, Assistant United States Attorney, hereby notes her appearance as attorney of record for the Plaintiff, United States of America and that Chad A. Blumenfield, Assistant United States Attorney, hereby withdraws his appearance for the United States. All parties are requested to serve all notices and papers served or filed in this case on Kristen E. Rau at the office address set forth below.

Dated: November 29, 2023

ANDREW M. LUGER
United States Attorney

s/ Chad A. Blumenfield
BY: CHAD A. BLUMENFIELD
Assistant U.S. Attorney
Attorney ID No. 387296
600 U.S. Courthouse
300 South Fourth Stree
Minneapolis, MN 55415
Chad.Blumenfield@usdoj.gov
(612) 664-5600

*s/ Kristen E. Rau*
BY: KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 664-5600

Attorneys for United States of America