**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

THE UNITED STATES OF AMERICA *ex rel.* ANIMAL LEGAL DEFENSE FUND,

Plaintiff-Relator,

-v-

HOLDEN FARMS, INC.,

Defendant.

Case No. 21-cv-02061 JRT/DJF

**HOLDEN FARMS' MOTION FOR ATTORNEYS' FEES**

---

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(d)(4), Defendant Holden Farms, Inc. ("Holden Farms") moves for an order awarding Holden Farms its attorneys' fees and expenses against Relator Animal Legal Defense Fund.

This motion is based on all the files, records and proceedings in this case, including a Declaration of Kyle Holden and a Declaration of Matthew C. Berger, both of which are being filed contemporaneously with this motion. The reasons supporting an award of attorneys' fees and expenses are stated in the Memorandum of Law in Support of Holden Farms' Motion for Attorneys' Fees, which is being filed contemporaneously with this motion.

**[SIGNATURE ON FOLLOWING PAGE]**

Dated: June 12, 2024

/s/ Matthew C. Berger

Dustan J. Cross (#248952)
dcross@gislason.com
Matthew C. Berger (#0387666)
mberger@gislason.com
Jacob J. Brekke (#0504544)
jbrekke@gislason.com
GISLASON & HUNTER LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Phone: (507) 354-3111
Fax: (507) 354-8447

***Attorneys for Defendant***
***Holden Farms, Inc.***