**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

THE UNITED STATES OF AMERICA *ex rel.* ANIMAL LEGAL DEFENSE FUND,

Plaintiff-Relator,

-v-

HOLDEN FARMS, INC.,

Defendant.

Case No. 21-cv-02061 JRT/DJF

**DECLARATION OF MATTHEW C. BERGER IN SUPPORT OF HOLDEN FARMS' MOTION FOR ATTORNEYS' FEES**

---

I, Matthew C. Berger, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney who is licensed to practice law in the State of Minnesota, admitted to practice before the United States District Court for the District of Minnesota, and a partner with the law firm of Gislason & Hunter LLP. Our firm represents Defendant Holden Farms, Inc. ("Holden Farms") in the above-captioned proceeding, and I am the lead attorney representing Holden Farms in this proceeding. I have been practicing law for 16 years.

2. In 2023, the rate that I charged Holden Farms for my legal services was $460 per hour. In 2024, the rate that I charge Holden Farms for my legal services is $485 per hour. At such times, these rates reflected, and currently reflect, the standard corporate rate that I charge for my legal services.

3. Dustan Cross is an attorney who is licensed to practice law in the State of Minnesota and admitted to practice before the United States District Court for the District of Minnesota. Mr. Cross is currently of counsel at Gislason & Hunter and was previously a partner with our firm. Mr. Cross has been practicing law for 29 years. Mr. Cross has performed services for Holden Farms in this matter. The rates that Mr. Cross charged Holden Farms for his services were $460 per hour in 2023 and $485 per hour in 2024. At such times, these rates reflected, and currently reflect, the standard corporate rate that Mr. Cross charges for his legal services.

4. Dean Zimmerli is an attorney who is licensed to practice law in the State of Minnesota, admitted to practice before the United States District Court for the District of Minnesota, and a partner with the law firm of Gislason & Hunter LLP. Mr. Zimmerli has been practicing law for 9 years. Mr. Zimmerli performed services for Holden Farms in this matter in 2023. The rate that Mr. Zimmerli charged Holden Farms for his services was $410 per hour. This rate reflected the standard corporate rate that Mr. Zimmerli charges for his legal services.

5. Jacob Brekke is an attorney who became licensed to practice law in the State of Minnesota on October 27, 2023, and admitted to practice before the United States District Court for the District of Minnesota on December 5, 2023. In the course of his employment as a law clerk and later as an associate attorney, Mr. Brekke performed services for Holden Farms in this matter. The rates that

Gislason & Hunter charged Holden Farms for Mr. Brekke's services were $240 as a law clerk and $350 as an associate attorney. These rates were our firm's standard corporate rates for Mr. Brekke's legal services at those times.

6. Erica Meurer is a paralegal who is employed by Gislason & Hunter and who performed services for Holden Farms in this proceeding. In 2023, the rate that Gislason & Hunter charged Holden Farms for Ms. Meurer's services was $215. In 2024, the rate that Gislason & Hunter charges Holden Farms for Ms. Meurer's services is $225. At such times, these rates reflected, and currently reflect, the standard corporate rate that Gislason & Hunter charges for Ms. Meurer's services.

7. Attached hereto as **Exhibit A** is an itemization of the services that Gislason & Hunter has performed, and the fees associated with each such item, that relate to the above-captioned proceeding. The total fees incurred by Holden Farms in connection with this litigation through March 31, 2024, was $39,501.25.

8. I have reviewed the work and original time records for the attorneys' fees that have been incurred and that have been charged to Holden Farms in this proceeding. The work that has been incurred and charged was actually performed, and the expenses were actually incurred, for the benefit of Holden Farms, and the work and expenses were necessary for the proper representation of Holden Farms in defense of Relator's claim brought in the above-captioned

proceeding. Charges for any unnecessary or duplicative work were not charged to Holden Farms and are not included in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2024

/s/ Matthew C. Berger
Matthew C. Berger