# EXHIBIT A
# ATTORNEYS' FEES

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2023 | Berger, Matthew C | Legal Research, Review Complaint, and E-mail Correspondence with Mr. Blake Holden re: Animal Legal Defense Fund Litigation | 0.75 | 460.00 | 345.00 |
| 08/10/2023 | Cross, Dustan J | Review Complaint | 0.75 | 460.00 | 345.00 |
| 08/10/2023 | Berger, Matthew C | Telephone Conference with Mr. Blake Holden | 0.25 | 460.00 | 115.00 |
| 08/11/2023 | Berger, Matthew C | Review Complaint; and Telephone Conferences, E-mail Correspondence, Conference with Counsel, Legal Research re: Response to Complaint | 3.00 | 460.00 | 1,380.00 |
| 08/11/2023 | Brekke, Jacob J | Legal analysis re: False Claims Act and PPP loans | 3.25 | 240.00 | 780.00 |
| 08/11/2023 | Cross, Dustan J | Conference Call with Client re: Case Status and Strategy and Legal Analysis re: Same | 0.50 | 460.00 | 230.00 |
| 08/13/2023 | Brekke, Jacob J | Legal analysis re: False Claims Act and PPP loans | 0.25 | 240.00 | 60.00 |
| 08/14/2023 | Brekke, Jacob J | Legal analysis re: False Claims Act and PPP loans | 1.25 | 240.00 | 300.00 |
| 08/15/2023 | Brekke, Jacob J | Legal analysis re: False Claims Act and PPP loans | 2.00 | 240.00 | 480.00 |
| 08/16/2023 | Cross, Dustan J | Review Correspondence from Client and Correspondence to Client re: Defamatory Website | 0.25 | 460.00 | 115.00 |
| 08/18/2023 | Brekke, Jacob J | Legal analysis re: False Claims Act and PPP loans | 0.75 | 240.00 | 180.00 |
| 08/21/2023 | Berger, Matthew C | Telephone Conference with Mr. Blake Holden | 0.25 | 460.00 | 115.00 |
| 08/22/2023 | Brekke, Jacob J | Legal analysis re: False Claims Act and PPP loans | 1.00 | 240.00 | 240.00 |
| 08/25/2023 | Berger, Matthew C | Review File and Legal Research re: Response to Complaint; Telephone Conference with Mr. Blake Holden; E-mail Correspondence with Opposing Counsel; and Draft Notices of Appearance | 1.25 | 460.00 | 575.00 |
| 08/26/2023 | Berger, Matthew C | Draft Notices of Appearance and Stipulation for Extension of Deadline | 0.50 | 460.00 | 230.00 |
| 08/28/2023 | Berger, Matthew C | Review and Revise Stipulation for Extension of Deadline; and Draft Proposed Order and E-mail Correspondence with Opposing | 0.50 | 460.00 | 230.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Counsel re: Stipulation for Extension of Deadline | | | |
| 08/28/2023 | Meurer, Erica L | File Notices of Appearance for Matt Berger and Dustan Cross; file Stipulation for Extension for Response to Complaint and Proposed Order with Court; e-mail correspondence to Magistrate Foster's Chambers with Proposed Order | 1.00 | 215.00 | 215.00 |
| 08/29/2023 | Brekke, Jacob J | Draft standard of review for motion to dismiss | 0.75 | 240.00 | 180.00 |
| 09/05/2023 | Brekke, Jacob J | Draft motion to dismiss standard of review; legal research re: materiality | 2.50 | 240.00 | 600.00 |
| 09/05/2023 | Berger, Matthew C | Legal Research and Review Pleadings re: Motion to Dismiss | 1.00 | 460.00 | 460.00 |
| 09/06/2023 | Brekke, Jacob J | Legal research re: false claims act materiality, anti-cruelty and anti-garbage feeding laws, and knowledge requirement | 5.50 | 240.00 | 1,320.00 |
| 09/06/2023 | Berger, Matthew C | Continue Legal Research and Conference with Counsel re: Motion to Dismiss | 2.00 | 460.00 | 920.00 |
| 09/08/2023 | Brekke, Jacob J | Legal analysis re: materiality | 0.50 | 240.00 | 120.00 |
| 09/10/2023 | Berger, Matthew C | Continue Legal Research and Draft Memorandum of Law re: Motion to Dismiss | 4.25 | 460.00 | 1,955.00 |
| 09/11/2023 | Brekke, Jacob J | Draft memorandum in support of motion to dismiss | 7.00 | 240.00 | 1,680.00 |
| 09/12/2023 | Brekke, Jacob J | Draft motion to dismiss - knowledge argument | 1.00 | 240.00 | 240.00 |
| 09/12/2023 | Berger, Matthew C | Continue Drafting Memorandum of Law re: Motion to Dismiss; and E-mail Correspondence with Opposing Counsel re: Meet-and-Confer Requirement | 0.75 | 460.00 | 345.00 |
| 09/13/2023 | Berger, Matthew C | Continue Drafting Memorandum of Law re: Motion to Dismiss; and Telephone Conference with Mr. Blake Holden and Conference with Opposing Counsel re: Meet-and-Confer on Motion to Dismiss | 5.00 | 460.00 | 2,300.00 |
| 09/14/2023 | Brekke, Jacob J | Revise memorandum in support of motion to dismiss | 1.00 | 240.00 | 240.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/14/2023 | Berger, Matthew C | Continue Drafting Memorandum of Law and Draft Declaration of Blake Holden and Meet-and-Confer Statement re: Motion to Dismiss; and Draft Motion to Dismiss | 6.50 | 460.00 | 2,990.00 |
| 09/15/2023 | Berger, Matthew C | Continue Drafting Memorandum of Law and Declaration of Blake Holden, Draft Notice of Hearing, Review and Revise Proposed Order, Conference with Counsel, and Telephone Conference with Mr. Blake Holden re: Motion to Dismiss | 4.75 | 460.00 | 2,185.00 |
| 09/15/2023 | Zimmerli, Dean M | Review and revise draft memorandum in support of motion to dismiss | 0.50 | 410.00 | 205.00 |
| 09/15/2023 | Meurer, Erica L | Draft Certificate of Compliance and Proposed Order; prepare and e-file Motion to Dismiss documents with Court; e-mail correspondence to Judge's Chambers with Proposed Order; and e-mail correspondence to client with Motion to Dismiss documents | 1.50 | 215.00 | 322.50 |
| 10/03/2023 | Berger, Matthew C | Legal Research re: Scienter Requirement under False Claims Act | 0.50 | 460.00 | 230.00 |
| 10/20/2023 | Berger, Matthew C | Review Memorandum in Opposition to Motion to Dismiss; and E-mail Correspondence with Mr. Blake Holden re: Memorandum in Opposition to Motion to Dismiss | 0.25 | 460.00 | 115.00 |
| 10/20/2023 | Brekke, Jacob J | Review Memorandum in Opposition to Motion to Dismiss | 0.75 | 240.00 | 180.00 |
| 10/23/2023 | Berger, Matthew C | Review Relator's Memorandum of Law in Opposition to Motion to Dismiss; and Legal Research re: Motion to Dismiss | 1.75 | 460.00 | 805.00 |
| 10/24/2023 | Berger, Matthew C | Telephone Conference with Mr. Holden re: Status of Motion to Dismiss | 0.25 | 460.00 | 115.00 |
| 10/24/2023 | Brekke, Jacob J | Review memorandum in response to motion to dismiss, draft reply memorandum | 5.00 | 240.00 | 1,200.00 |
| 10/25/2023 | Brekke, Jacob J | Draft reply memorandum in support of motion to dismiss | 1.50 | 240.00 | 360.00 |
| 10/26/2023 | Cross, Dustan J | Review Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss and Legal Analysis re: Same | 1.25 | 460.00 | 575.00 |
| 10/26/2023 | Brekke, Jacob J | Draft reply memorandum in support of motion to dismiss | 2.75 | 240.00 | 660.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/30/2023 | Brekke, Jacob J | Draft reply memorandum in support of motion to dismiss | 3.00 | 240.00 | 720.00 |
| 10/30/2023 | Berger, Matthew C | Legal Research re: Motion to Dismiss | 1.00 | 460.00 | 460.00 |
| 10/31/2023 | Berger, Matthew C | Continue Legal Research, Review Pleadings, and Review and Revise Reply Memorandum of Law re: Motion to Dismiss | 1.75 | 460.00 | 805.00 |
| 11/01/2023 | Berger, Matthew C | Conference with Counsel, Continue Legal Research, and Telephone Conference with Mr. Blake Holden re: Reply Memorandum in Support of Motion to Dismiss | 1.50 | 460.00 | 690.00 |
| 11/01/2023 | Brekke, Jacob J | Draft reply memorandum in support of motion to dismiss | 3.75 | 350.00 | 1,312.50 |
| 11/02/2023 | Berger, Matthew C | Continue Drafting Reply Memorandum re: Motion to Dismiss | 2.00 | 460.00 | 920.00 |
| 11/03/2023 | Brekke, Jacob J | Revise reply brief in support of motion to dismiss | 1.00 | 350.00 | 350.00 |
| 11/03/2023 | Berger, Matthew C | Continue Drafting Reply Memorandum of Law re: Motion to Dismiss | 5.75 | 460.00 | 2,645.00 |
| 11/03/2023 | Cross, Dustan J | Review Draft Reply Brief and Legal Analysis re: Same | 0.75 | 460.00 | 345.00 |
| 11/03/2023 | Meurer, Erica L | E-file Reply Memorandum of Law in Support of Holden's Motion to Dismiss First Amended Complaint | 0.25 | 215.00 | 53.75 |
| 01/12/2024 | Berger, Matthew C | Telephone Conference with Court Chambers and E-mail Correspondence with Mr. Blake Holden re: Status of Motion to Dismiss | 0.25 | 485.00 | 121.25 |
| 02/12/2024 | Berger, Matthew C | E-mail Correspondence re: Hearing Date | 0.25 | 485.00 | 121.25 |
| 02/15/2024 | Berger, Matthew C | E-mail Correspondence re: Hearing Date; and Review Amended Notice of Hearing | 0.25 | 485.00 | 121.25 |
| 02/15/2024 | Meurer, Erica L | Draft Amended Notice of Hearing and File Amended Notice of Hearing with Court | 0.50 | 225.00 | 112.50 |
| 03/22/2024 | Berger, Matthew C | Review Memoranda of Law and Legal Research re: Preparation for Hearing on Motion to Dismiss | 1.00 | 485.00 | 485.00 |
| 03/23/2024 | Berger, Matthew C | Continue Reviewing Memoranda of Law and Legal Research re: Preparation for Hearing on Motion to Dismiss | 1.25 | 485.00 | 606.25 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/2024 | Berger, Matthew C | Continue Legal Research re: Preparation for Hearing on Motion to Dismiss | 2.75 | 485.00 | 1,333.75 |
| 03/27/2024 | Berger, Matthew C | Continue Legal Research re: Preparation for Hearing on Motion to Dismiss | 2.00 | 485.00 | 970.00 |
| 03/27/2024 | Cross, Dustan J | Review Motion Papers re: Preparation for Hearing on Motion to Dismiss | 1.50 | 485.00 | 727.50 |
| 03/28/2024 | Berger, Matthew C | Continue Legal Research re: Preparation for Hearing on Motion to Dismiss; and Review E-mail Correspondence, Conference with Counsel, and Telephone Conference with Mr. Blake Holden re: Cancellation of Hearing | 0.75 | 485.00 | 363.75 |
| | | | | **TOTAL:** | **$39,501.25** |