**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

THE UNITED STATES OF AMERICA *ex rel.* ANIMAL LEGAL DEFENSE FUND,

Plaintiff-Relator,

-v-

HOLDEN FARMS, INC.,

Defendant.

Case No. 21-cv-02061 JRT/DJF

**DECLARATION OF KYLE HOLDEN IN SUPPORT OF HOLDEN FARMS' MOTION FOR ATTORNEYS' FEES**

---

I, Kyle Holden, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am currently the Vice President of Business Operations of Holden Farms, Inc. I submit this Declaration based on my personal knowledge, as well as my review of Holden Farms' business records, in support of Holden Farms' Motion for Attorneys' Fees in the above-captioned proceeding.

2. On July 18, 2023, Holden Farms was contacted by Kenny Torrella, a journalist at Vox.com, regarding an undercover investigation allegedly conducted at a Holden Farms facility by Animal Outlook. Attached as **Exhibit A** is a true and correct copy of the email sent by Kenny Torrella.

3. On August 3, 2023, Holden Farms was contacted by Nicholas Kristof, a columnist from the New York Times, regarding an undercover investigation

allegedly conducted at a Holden Farms facility. Attached as **Exhibit B** is a true and correct copy of the email sent by Nicholas Kristof.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2024

Kyle Holden