**From:** Kenny Torrella <kenneth.torrella@voxmedia.com>
**Date:** July 18, 2023 at 3:54:23 PM CDT
**To:** Kyle Holden <kyleholden@holdenfarms.com>
**Subject: Re: Journalist inquiry re: Holden investigation**

> **External email:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kyle,

One small correction to my email: the investigation took place from November 2019 to March 2020.

Thanks,
Kenny

On Tue, Jul 18, 2023 at 4:25 PM Kenny Torrella <kenneth.torrella@voxmedia.com> wrote:
Hi Kyle,

My name's Kenny Torrella and I'm a journalist at Vox.com where I write about animal welfare. A few weeks ago, an animal rights group called Animal Outlook reached out to me about an undercover investigation it had conducted at a Holden Farms breeding facility in Utica in 2020. You can view the investigation here.

I'm working on a story about it and wanted to see if someone from Holden Farms would be available for an interview, or if the company can provide a comment to me about what Animal Outlook documented?

My deadline is Thursday at 3 pm CST, but that may be extended. If that happens, I'll certainly let you know. Feel free to respond here, or you can give me a call at 202-407-5301.

Thanks,
Kenny

--
**Kenny Torrella • Staff Writer, Future Perfect**
Work: 202-407-5301

**EXHIBIT A**