**From:** Nicholas Kristof <kristof@nytimes.com>
**Sent:** Thursday, August 3, 2023 11:52 AM
**To:** Kyle Holden <kyleholden@holdenfarms.com>
**Cc:** Spencer Cohen <spencer.cohen@nytimes.com>
**Subject:** NY Times inquiry

**External email:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Holden,

I'm a columnist from the NY Times, and we've obtained video taken at a Holden Farms hog barn in Utica, MN, by an investigator who was employed for a time by Holden. The investigator alleges (and the video appears to back him up) what appear to be abuses of the hogs. For example, he alleges that a supervisor tried to conserve carbon dioxide and as a result efforts to euthanize piglets were sometimes unsuccessful, and that likewise the euthanizing was delayed until there was a chamber full of piglets, sometimes keeping them overnight with the result that some froze to death. He says that castration was performed by many workers by hand, not snipping the testicles off but yanking them off (and workers then throwing them at each other). The video shows feedback being prepared with the intestines of dead piglets, to feed other animals and boost their immunity.

Then there are larger questions about practices that are common in the industry -- such as use of gestation crates -- that I have grave doubts about. I'm a farmboy who raised pigs when I was in FFA, and we were much less efficient -- but I do think our hogs lived a much better life.

In any case, I'm planning to write about the video for my weekend column, and I'd welcome a response from you

individually or from Holden Farms institutionally, about any of these points or more broadly about whether the hogs are mistreated as I believe. You're welcome to respond by email, or I'm happy to set up a phone call. The catch is that we're running into a deadline, and I'd need a response any time today (including the evening).

Thanks for your consideration of my request.

Nicholas Kristof
Columnist
The New York Times
nytimes.com/kristof