# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff-Relator,<br><br>-v-<br><br>HOLDEN FARMS, INC.,<br><br>Defendant. | Case No. 21-cv-02061 JRT/DJF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HOLDEN FARMS' MOTION FOR ATTORNEYS' FEES** |

Upon consideration of the motion for attorneys' fees by Defendant Holden Farms, Inc., and the material submitted in support of the motion, IT IS HEREBY ORDERED that Defendant's motion for attorneys' fees and expenses is GRANTED. Judgment shall be entered in favor of Defendant Holden Farms, Inc. and against Relator Animal Legal Defense Fund in the amount of $39,501.25. Defendant is granted leave to submit an affidavit of attorneys' fees incurred in connection with this motion to be added to the judgment amount.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____

_____
Honorable John R. Tunheim
United States District Court Judge

4864-9812-9606.v1