**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA *ex rel.* ANIMAL LEGAL DEFENSE FUND,

Plaintiff,

v.

HOLDEN FARMS, INC.,

Defendant.

Civil No. 21-2061 (JRT/DJF)

**ORDER ON STIPULATION TO WITHDRAW DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

---

Kristen Elise Rau, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Gerald Charles Pierre Robinson, **NICHOLS KASTER PLLP,** 80 South 8th Street, Ids Center, Suite 4700, Minneapolis, MN 55402, for plaintiffs.

Matthew C Berger, **GISLASON & HUNTER LLP,** PO Box 458, New Ulm, MN 56073-0458, for defendant.

Based on the parties' Stipulation to Withdraw Defendant's Motion for Attorneys' Fees [Docket No. 72], and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Attorneys' Fees [Docket No. 67] is **withdrawn**; and any right of Plaintiff-Relator to relief from the Judgment entered on May 29, 2024, including but not limited to appellate review, is hereby waived, relinquished, and abandoned consistent with the parties' Stipulation.

DATED: June 27, 2024
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge